[No. 19133-4-II.     Division Two.     October 18, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO
MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-1-00887-1 and 95-1-00888-9, Terry D. Se-
bring, J., entered May 9, 1995. *Affirmed* by unpublished
opinion per Houghton, J., concurred in by Seinfeld, C.J.,
and Morgan, J.


[No. 19336-1-II.     Division Two.     October 18, 1996.]

THE STATE OF WASHINGTON, *Petitioner*, v. THOMAS G.
CARLYLE, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 92-1-03823-6, Arthur W. Verharen, J., entered
March 8, 1995. *Reversed* by unpublished opinion per Arm-
strong, J., concurred in by Seinfeld, C.J., and Bridgewater,
J. Now published at 84 Wn. App. 33.


[No. 19358-2-II.     Division Two.     October 18, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ROXANNE
KENNEDY, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 93-1-00400-4, David E. Foscue, J.,
entered March 20, 1995. *Affirmed* by unpublished opinion
per Seinfeld, C.J., concurred in by Houghton and Morgan,
JJ.